UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Charles Dean

      v.                          Civil No. 14-cv-184-JL

United States of America

# J U D G M E N T

Judgment is hereby entered in accordance with the Order dated December 10, 2014, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated November 12, 2014, by Magistrate Judge Andrea K. Johnstone.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: December 15, 2014

cc:    Robert J. Rabuck, Esq., AUSA
        Charles Dean, pro se